# BRACH | EICHLER LLC

Shannon Carroll
Direct Dial: 973-403-3126
Direct Fax: 973-618-5988
E-mail: scarroll@bracheichler.com

June 5, 2019

**VIA ECF**

Hon. Kevin NcNulty, U.S.D.J.
United States District Court of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

      Re:    GEICO v. He, M.D. et al
              Case Number:  2:19-cv-9465-KM-JBC

Dear Judge McNulty:

    We entered a notice of appearance on behalf of John Li, M.D.  Dr. Li has terminated our representation.  We have not yet received a substitution of counsel.

    We respectfully request leave of Court to withdraw our appearance on behalf of Dr. Li in accordance with the client's request.

                                             Respectfully submitted,

                                             Shannon Carroll
                                             For BRACH EICHLER L.L.C.

SC/jg
cc:  Counsel of Record (via ECF)

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

2875 South Ocean Blvd., Suite 200
Palm Beach, Florida 33480
561.899.0177

BE:10406540.1/ADV122-276254

www.bracheichler.com