# BRACH | EICHLER LLC

Shannon Carroll
Direct Dial: 973-403-3126
Direct Fax: 973-618-5988
E-mail: scarroll@bracheichler.com

August 2, 2019

**VIA ECF**

Hon. Kevin NcNulty, U.S.D.J.
United States District Court of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:   GEICO v. He, M.D. et al
             Case Number: 2:19-cv-9465-KM-JBC

Dear Judge McNulty:

    We entered a notice of appearance on behalf of John Li, M.D. On June 5, 2019, we submitted a letter at the request of Dr. Li to terminate our representation (ECF34).

    Dr. Li would now like us to continue our representation. Kindly disregard our letter of June 5, 2019.

                                            Respectfully submitted,

                                            Shannon Carroll
                                            For BRACH EICHLER L.L.C.

SC/jg
cc: Counsel of Record (via ECF)

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974
BE:10513798.1/ADV122-276254

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

2875 South Ocean Blvd., Suite 200
Palm Beach, Florida 33480
561.899.0177

www.bracheichler.com