UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br> Plaintiffs, <br><br> v. <br><br> NINGNING HE, M.D., ADVANCED PAIN CARE, L.L.C., SASCHA QIAN, M.D., RAJIVAN MANIAM, M.D., YOUNG M. AHN, L.AC., APEX ANESTHESIA ASSOCIATES, L.C.C., JOHN LI, M.D., ANTHONY SURACE, M.D., ANI KALFAYAN, M.D., SAMUEL CARUTHERS, M.D., TIMOTHY FINLEY, M.D., SANJAY TEWARI, M.D., and LOUIS QUARTARARO, M.D., <br><br> Defendants. | CIVIL ACTION NO.: **2:19-cv-09465-KM-JBC** <br><br> **ORDER** |

**THIS MATTER** having been opened by the Court by Defendant, Timothy Finley, M.D. ("Defendant"), by and through his attorneys, Brach Eichler, LLC, seeking an order dismissing Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6), and the Court having considered the parties' submission, in support of and in opposition to Defendant's motion, as well as the arguments of counsel, if any, and for good cause having been shown:

**IT IS** on this _____ day of _____, 2019,

**ORDERED** that Defendant's Motion for a Judgment of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) is hereby **GRANTED** in its entirety.

---

Hon. Kevin McNulty, U.S.D.J.