UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,

Plaintiffs,

-against-

NINGNING HE, M.D.,
ADVANCED PAIN CARE, L.L.C.,
SASCHA QIAN, M.D.,
RAJIVAN MANIAM, M.D.,
YOUNG M. AHN, L.AC.
APEX ANESTHESIA ASSOCIATES, L.L.C.,
JOHN LI, M.D.,
ANTHONY SURACE, M.D.,
ANI KALFAYAN, M.D.,
SAMUEL CARUTHERS, M.D.,
TIMOTHY FINLEY, M.D.,
SANJAY TEWARI, M.D., and
LOUIS QUARTARARO, M.D.,

Defendants.

Docket No.: 2:19-cv-09465-KM-JBC

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendants Ningning He, M.D., Advanced Pain Care, L.L.C., and Apex Anesthesia Associates, L.L.C. (the "Defendants"), that all claims asserted by Plaintiffs against the Defendants in this action, are dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

RIVKIN RADLER LLP

By: s/Gene Kang, Esq.
Gene Kang, Esq.
25 Main Street, Suite 501
Hackensack, New Jersey 07601
*Counsel for Plaintiffs*

BRACH EICHLER LLC

By: s/Keith Roberts, Esq.
Keith Roberts, Esq.
101 Eisenhower Parkway
Roseland, New Jersey 07068
*Counsel for Defendants*