UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br> Plaintiffs, <br><br> -against- <br><br> NINGNING HE, M.D., ADVANCED PAIN CARE, L.L.C., SASCHA QIAN, M.D., RAJIVAN MANIAM, M.D., YOUNG M. AHN, L.AC. APEX ANESTHESIA ASSOCIATES, L.L.C., JOHN LI, M.D., ANTHONY SURACE, M.D., ANI KALFAYAN, M.D., SAMUEL CARUTHERS, M.D., TIMOTHY FINLEY, M.D., SANJAY TEWARI, M.D., and LOUIS QUARTARARO, M.D., <br><br> Defendants. | Docket No.: 2:19-cv-09465-KM-JBC <br><br><br> STIPULATION OF DISMISSAL <br><br> **SO ORDERED** <br><br> **s/Kevin McNulty** <br> **Hon. Kevin McNulty** <br> **U.S. District Judge** <br> **Date: 05/05/2020** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendants Young M. Ahn, L.Ac., John Li, M.D., Anthony Surace, M.D., and Timothy Finley, M.D. (the "Defendants"), that all claims asserted by Plaintiffs against the Defendants in this action, are dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

| | |
|---|---|
| RIVKIN RADLER LLP <br><br> By: *s/ Gene Kang* <br>    Gene Kang, Esq. <br> 25 Main Street, Suite 501 <br> Hackensack, New Jersey 07601 <br> *Counsel for Plaintiffs* | BRACH EICHLER LLC <br><br> By: *s/ Keith Roberts* <br>    Keith Roberts, Esq. <br> 101 Eisenhower Parkway <br> Roseland, New Jersey  07068 <br> *Counsel for Defendants* |

10794520.1